1  Patrick J. Gorman (SBN 131138)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 229-7295
   E-mail: pgorman@wctlaw.com
5
   Attorneys for Plaintiff
6  ACE SPRINKLER COMPANY, a California corporation, dba ACE FIRE
   PROTECTION
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

11

12  ACE SPRINKLER COMPANY, a          )   Case Number: 1:06-CV-00095-REC-DLB
    California corporation, dba ACE FIRE )
    PROTECTION,                        )   **STIPULATION ENTRY OF DISMISSAL**
13                                     )   **F.R.C.P. 41(a)(1)**
                                       )
14                Plaintiff,           )
                                       )
15  v.                                 )
                                       )
16  MANUEL SOUZA, individually and doing )
    business as SOUZA CONSTRUCTION;    )
17  and AMCO INSURANCE COMPANY,        )
                                       )
18                Defendants.          )
                                       )
19  WILD, CARTER & TIPTON

20         Plaintiff Ace Sprinkler Company dba Ace Fire Protection and defendants Manuel

21  Souza, individually and dba Souza Construction and AMCO Insurance Company hereby request

22  that the court dismiss this action in its entirety, with prejudice, pursuant to the settlement entered

23  into between the parties at the Settlement Conference held on May 23, 2006.  This request is

24  made pursuant to F.R.C.P. 41(a)(1).

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION FOR ENTRY OF DISMISSAL

1    Dated: July 6, 2006                      **WILD, CARTER & TIPTON**
                                              A Professional Corporation
2

3                                             By __/s/ Patrick J. Gorman_____
                                                  PATRICK J. GORMAN
4                                                 Attorneys for ACE SPRINKLER
                                                  COMPANY, a California corporation, dba
5                                                 ACE FIRE PROTECTION

6    Dated: July 6, 2006                      **BRAUN & MELUCCI, LLP**

7

8                                             By __/s/ William J. Braun_____
                                                  WILLIAM J. BRAUN
                                                  Attorneys for Defendants MANUEL
9                                                 SOUZA, individually and dba as SOUZA
                                                  CONSTRUCTION; and AMCO
10                                                INSURANCE COMPANY

11

12   IT IS SO ORDERED:

13

14   Dated: July _14__, 2006                  /s/ ROBERT E. COYLE_____
                                               THE HONORABLE ROBERT E. COYLE
15

16

17

18

19 <span style="font-weight:bold">LD, CARTER & TIPTON</span>

20

21

22

23

24

25

26

27

28

                                              2

STIPULATION FOR ENTRY OF DISMISSAL